# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:**   CV-10-891-R                                          **DATE: JUNE 14, 2010**

**TITLE: MAYALA GUTIERREZ et al -V- INDYMAC BANK FSB et al**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                        <u>   N/A   </u>
**Deputy Clerk**                                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                             Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
            dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JUNE 28,

2010 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


        cc: counsel of record


**MINUTES FORM II**                                                      Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                  D-M